UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. 04-40032NMG |
| ) | |
| LEONARD T. PILLING, ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF SERVICE OF NOTICE

The United States of America, acting through the Farm Service Agency, United States Department of Agriculture:

(1) published a copy of the NOTICE in the Worcester Telegram and Gazette, a newspaper published in Worcester, Massachusetts, on April 7, 2004, and having a general circulation in the Town of Leicester, Massachusetts, and in The New Leader, a newspaper published in Spencer, Massachusetts, on April 7, 2004.

(2) mailed by certified mail on April 8, 2004 a copy of the NOTICE and COMPLAINT to the defendant at the following address:

Leonard T. Pilling
25 Kingsbury Road
Spencer, MA 01562

(3) recorded a certified copy of the NOTICE on April 15, 2004 in Book 33321, Page 88 in the Worcester South Registry of Deeds.

                                                                                                     _Carrie L. Novak_ (signature)
Carrie L. Novak
Farm Loan Chief
Farm Service Agency

Sworn to and subscribed before me, a Notary Public, at Amherst, Massachusetts, on April 20, 2004.

                                                                                                      _Jane A. Rice_ (signature)
Jane A. Rice
Notary Public

My Commission expires: January 29, 2010



JANE ANN RICE
Notary Public
Commonwealth of Massachusetts
My Commission Expires Jan 29, 2010