UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>           Plaintiff,                )<br>                                     )<br>      v.                             )     CIVIL ACTION NO. 04-40032-NMG<br>                                     )<br>LEONARD T. PILLING,                  )<br>                                     )<br>           Defendant.                )<br>                                     ) | |

**ORDER AUTHORIZING MORTGAGE FORECLOSURE**

Upon the attached affidavit of service of notice by the Farm Service Agency, and no person entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 having appeared to object to a foreclosure of the mortgage given by Leonard T. Pilling to the United States, acting through the Farmers Home Administration, which is dated February 26, 1985 and recorded on April 18, 1985 in Book 8659 at Page 220 of the Worcester County Registry of Deeds,

IT IS ORDERED that the United States of America is authorized under the Soldiers' and Sailors' Civil Relief Act of 1941 to make an entry and to sell the mortgaged property in accordance with the powers contained in the mortgage.


Dated:                                 _____
                                       UNITED STATES DISTRICT JUDGE