UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>LEONARD T. PILLING,<br>　　　　Defendants, | CIVIL ACTION NO. 04-40033-NMG |

**UNITED STATES OF AMERICA'S
MOTION FOR DEFAULT JUDGMENT**

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, moves this Court to enter judgment by default against the defendant in the above-captioned matter for failing to plead to, or otherwise defend, the complaint for the above captioned action.

In support, the plaintiff submits the attached sworn Certificate of Indebtedness and affidavit.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　UNITED STATES OF AMERICA
　　　　　　　　　　　　　By its attorneys

　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　United States Attorney

Dated: April 23, 2004　　　/S/ Christopher R. Donato
　　　　　　　　　　　　　Christopher R. Donato
　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　John Joseph Moakley Courthouse
　　　　　　　　　　　　　One Courthouse Way, Suite 9200
　　　　　　　　　　　　　Boston, MA 02210

## CERTIFICATE OF SERVICE

I certify that on this day a true copy of the above document was served by first class mail, postage prepaid, upon the defendant at the following address:

Leonard T. Pilling
25 Kingsbury Road
Spencer, MA 01562

Dated: April 23, 2004          /S/ Christopher R. Donato
                               Christopher R. Donato
                               Assistant U.S. Attorney