UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**United States of America,**
        **Plaintiff,**

        **CIVIL ACTION**
        **NO.04- 40032-NMG**

    **V.**

**Leonard T. Pilling,**
        **Defendant,**

### NOTICE OF DEFAULT

Upon application of the Plaintiff, United States of America for an order of default for failure of the Defendant, Leonard T. Pilling, to plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 7th day of July 2004.

        **TONY ANASTAS, CLERK**

        **By: /s/ Martin Castles**
        **Deputy Clerk**

**Notice mailed to: all counsel/parties**
(default.not - 10/96)        [ntcdflt.]