UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>)<br>V. )<br>)<br>LEONARD T. PILLING, )<br>        Defendant, )<br>) | CIVIL ACTION NUMBERS<br>04-40032-FDS AND 04-40033-FDS |

**UNITED STATES OF AMERICA'S
MOTION FOR DEFAULT JUDGMENT**

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, moves this Court to enter judgment by default against the defendant in the above-captioned matters for failing to plead to, or otherwise defend, the complaints for the above captioned actions.

In support, the plaintiff submits the attached sworn Affidavit and Certificate of Indebtedness.

                                            Respectfully submitted,

                                            UNITED STATES OF AMERICA
                                            By its attorneys

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

Dated: July 28, 2004        /S/ Christopher R. Donato
                                            Christopher R. Donato
                                            Assistant U.S. Attorney
                                            John Joseph Moakley Courthouse
                                            One Courthouse Way, Suite 9200
                                            Boston, MA 02210
                                            (617) 748-3303

**CERTIFICATE OF SERVICE**

    I certify that on this day a true copy of the above document was served by first class mail, postage prepaid, upon the defendant at the following address:

Leonard T. Pilling
25 Kingsbury Road
Spencer, MA 01562

Dated: July 28, 2004        /S/ Christopher R. Donato
                                    Christopher R. Donato
                                    Assistant U.S. Attorney