UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　v.<br><br>LEONARD T. PILLING,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No.<br>)　04-40032-FDS<br>)<br>)<br>)<br>) |

**JUDGMENT BY DEFAULT**

**SAYLOR, J.**

　　The defendant having failed to plead or otherwise defend in these actions and his default having been entered,

　　Now, upon application of the plaintiff and the sworn statement of indebtedness demonstrating that the defendant owes the plaintiff the sum of $536,918.40, plus interest and costs, the defendant not being an infant or incompetent person or in the military service of the United States,

　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the plaintiff, United States of America, is authorized under the Soldiers' and Sailors' Civil Relief Act of 1941 to make an entry and to sell the mortgaged property in accordance with the powers contained in the mortgage and apply the proceeds as far as they may extend to the costs and expenses of this action, including interest computed daily and compounded annually to the date of payment, and pay over the remainder, if any there be, to the defendant;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the plaintiff, United States of America, be permitted to repossess the chattel property described in the attachments to the complaint for repossession of chattel, and further that the plaintiff be permitted to enter upon any property of the defendant where such chattel property is located in order to take possession thereof;

AND IT IS FURTHER ORDERED that the plaintiff sell the said chattel property in any commercially reasonable manner and apply the proceeds as far as they may extend to the costs and expenses of this action, including interest computed daily and compounded annually to the date of payment, and pay over the remainder, if any there be, to the defendant.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor
United States District Judge

Dated: August 2, 2004